1  McGREGOR W. SCOTT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF THE INFORMATION ASSOCIATED WITH APPLE ID BTSPRESENTS@ICLOUD.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | CASE NO. 2:18-SW-0497 EFB<br><br>[PROPOSED] ORDER TO PRECLUDE NOTICE PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL**<br><br> |
|---|---|

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), Apple Inc. shall not disclose the existence of the order, the application, or this Order of the Court, to the listed subscriber or to any other person, for 90 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying order will seriously jeopardize the investigation or unduly delay a trial, including by: by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence and/or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Apple Inc. shall not disclose the existence of the underlying order, or this Order of the Court, to the listed subscriber or to any other

1  person, unless and until otherwise authorized to do so by the Court, except that Apple Inc. may disclose
2  the order to an attorney for Apple Inc. for the purpose of receiving legal advice.
3       IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4  ordered by the Court.

6  Dated: __November 30, 2018__      _____
                                                             Hon. Kendall J. Newman
                                                             U.S. MAGISTRATE JUDGE